Gori, Appellant, *v.* Braden.

Argued January 13, 1967. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Joseph F. Leeson,* with him *Kolb, Holland, Antonelli & Heffner,* for appellant.

*Francis H. S. Ede,* with him *Robert Ungerleider,* for appellee.

OPINION PER CURIAM, March 14, 1967:
Judgment affirmed.

Mr. Justice MUSMANNO and Mr. Justice ROBERTS dissent.

Hudson Estate.

Argued January 4, 1967. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.